# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| MATTHEW WRIGHT, <br><br> Plaintiff, <br><br> v. <br><br> HARPOON THERAPEUTICS, INC., JOSEPH S. BAILES, MARK CHIN, JONATHAN DRACHMAN, JULIE EASTLAND, RONALD HUNT, SCOTT MYERS, ANDREW ROBBINS, and LAUREN SILVERNAIL, <br><br> Defendants. | Case No. 1:24-cv-00194-MN <br><br> JURY TRIAL DEMANDED |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated: April 17, 2024　　　　　　　　　　**LONG LAW, LLC**

　　　　　　　　　　　　　　　By:　*/s/ Brian D. Long*
　　　　　　　　　　　　　　　　　　Brian D. Long (#4347)
　　　　　　　　　　　　　　　　　　3828 Kennett Pike, Suite 208
　　　　　　　　　　　　　　　　　　Wilmington, DE 19807
　　　　　　　　　　　　　　　　　　Telephone: (302) 729-9100
　　　　　　　　　　　　　　　　　　Email: BDLong@longlawde.com

　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*